### HUGHES & SON *v.* IOWA STATE BANK.

BECK, J.  Under the evidence in this case no other verdict than one in favor of the plaintiff could properly have been rendered, and the court did not err in so directing.

> *Judgment affirmed.  All the Justices concur.*
> SEPTEMBER 26, 1911.

Complaint.  Before Judge Seabrook.  Liberty superior court. February term, 1910.

*Donald Fraser* and *Ben A. Way,* for plaintiffs in error.